```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER A. CORBET (SBN 208241)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3752
     Facsimile: (213) 894-0142
     E-mail:    Jennifer.Corbet@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 08-00304-R |
| ) | CR 08-00547-R |
| Plaintiff, ) | CR 08-00599-R |
| ) | |
| v. ) | <u>GOVERNMENT'S POSITION RE:</u> |
| ) | <u>PRESENTENCE REPORT AND</u> |
| ROBERT J. McDEARMON, ) | <u>RECOMMENDATION</u> |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff, United States of America, hereby files its position regarding sentencing of defendant Robert J. McDearmon. The government's position, based on the records and files of this case, is that it has no objection to the factual information contained in the Guideline Presentence Report and Recommendation of the United States Probation Officer. In addition, the government has no objection to the guideline calculation recommended by the Probation Officer.

    The government notes that the parties' plea agreement provides for the consolidation and settlement of criminal charges from multiple judicial districts, thus enabling this Court to

order that defendant's sentences run concurrently in the above cases.  In accordance with the plea agreement, the government respectfully recommends that the sentences imposed upon defendant for his conduct in the Central District of California, the Eastern District of Arkansas, and the Northern District of Georgia run concurrently to each other.

The government further recommends that the Court impose a $300 special assessment, a fine of an amount determined by the Court, and a period of supervised release greater than five years.  With respect to where within the range of 151 to 188 months imprisonment defendant should be sentenced, the government believes that considering the applicable guideline range and the 18 U.S.C. § 3553(a) factors, a prison sentence of 180 months would be just punishment for defendant's offenses.

Dated: October 6, 2008             Respectfully submitted,

                                   THOMAS P. O'BRIEN
                                   United States Attorney

                                   CHRISTINE C. EWELL
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/
                                   JENNIFER A. CORBET
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   United States of America