FILED
CLERK, U.S. DISTRICT COURT

SEP 1 9 2013

CENTRAL DISTRICT OF CALIFORN
BY _____ DEPU

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE NO'S 13-2869-R, CR-08-304-R, CR-08-547-R, CR-08-599-R

| | |
|---|---|
| RE: Robert James McDearmon, Pro-se/ ) | MOTION TO AMEND & EXPAND THE RECORD. WITH REQUEST |
| "AFFIDAVIT"/Affiant/Movant ) | TO DEMAND THIS FEDERAL ARTICLE III COURT, TO |
| Reg/USM #44489-112 ) | ORDER A HEARING PURSUANT TO CALIFORNIA CONSTITUTION |
| VS.   NUNC-PRO-TUNC ) | ARTICLE I-SEC-11, ARTICLE-VI. FROM VIOLATING PENAL |
| UNITED STATES OF AMERICA, ) | CODES SECTIONS 37-38, 207-209, 236-237, § 667.61. |
| INTER ALIOS, et. al. ) | THE COURT IS ASK TO STAY THE APPEAL. AND ORDER THE |
| RESPONDENT(S). ) | THE GOV'T TO SHOW CAUSE... |

MOVANT/AFFIANT PRAYS FOR THE RELIEF IN THE CAPTION

Now comes the Movant/Affiant who moves this court to ORDER

the government to Show Cause, and answer the facts in the caption

of this motion, and apply the same analogy in Houston v. Lack, Su-

pra. and Haines v. Kerner, Supra. and its progeny. Because this

court as well as the transferring courts have allow the Federal

Government to overeach its authority in most federal cases, when

the Attorney General Hon. Eric Holder, Jr. on 8/12/2013 gave a

meeting before the A.B.A. in California, (quoting) that over 65%

of federal inmates are non-violent offenders, and there cases

should have been held in State Court, and that the 80 Billion Dol-

lars being spent on alleged "get tough on crime" has resulted in

"warehousing" inmates, and neither does the Public or Government

is benifiting off of this 80 Billion, only private investors.

The Court is ask to order the government to prove the requir-

ements under Adams v. United States, 319 U.S. 312 (1943), § 748-

Federal-Criminal-Jurisdiction, including withdrawing the Guilty

Plea, that was created from the "entrapment-sting-operation"

when exposed a "fundamental-miscarriage-of-justice" took place.

"BECAUSE THIS COURT IS IN TO DEEP" A CITIZEN LIFE IS IN JEOPARDY

1. Please be advised the UNITED STATES CONSTITUTION, ARTICLE I, SECTION-8, Clause-16, ARTICLE I, SECTION-9 of that Constitution was violated, and by not applying CAL.PEN.CODE § 311.1 including not protecting the "CITIZEN" rights under the California Constitution Declaration of Rights, Articles-1-30, amounts to "treason" against the CITIZEN...

2. In the alternative that this Court have a problem with this Constitutional request to Show Cause Section 11.California Constitution Declaration of Rights, has not been suspended and any person who disagrees otherwise can file for motion for Recusal or Disqualification pursuant to 28 USCS §§ 144, 455 et. seq. from a "crystal clear" violation of Title 18 USCS §§ 241 AND 242.

3. When the records proves that the investigation is tainted and the agents IRS, FBI or U.S. Treasury who investigates crimes violated 28 USCS § 530B, et. al. was a "fruits of the poisonous tree doctrine" violation that should be Vacated, Dismissed and the Indictment withdrawn, on its FACE, this court cannot send the wrong message???

   Affiant/Movant prays that this motion is GRANTED and the relief applied without force or unnecessary court-cost to the public, but in the interest of justice.

c.c. U.S. Attorney's Office
Jennifer Anne Corbert, AUSA
Crim. Div. U.S. Courthouse
312 No. Spring St., Suite 1400
Los Angeles, CA 90012-4700

c.c. Clerk's Office
     USDC-CD/WD-CA
     Terry Nafisi, Clerk

c.c. Clerk's Office
USDC-ED-AR
James W. McCormack

c.c. Clerk's Office
     USDC-ND-GA
     James N. Hatten

c.c. U.S. Dept. of Justice
     Attorney General Office
     "Special Litigation Section"
     Hon. Eric Holder, Jr. Rm. 4400
     950 Pennsylvania Ave., NW
     Washington, DC 20530-0001

Respectfully, Submitted
*Robert McDearmon* 09/13/2013
Reg/USM #44489-112, Affiant
NUNC-PRO-TUNC
FCI Complex Low-S-B
P.O. Box 26020
Beaumont, TX 77720

U.S. CONSTITUTION

In Case of the Removal of the President from Office, or of his Death, Resignation or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation: "I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

**Section 2.** The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the Executive Departments, upon any Subject relating to the Duties of their respective Offices and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

**Section 3.** He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

**Section 4.** The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

### Article III

**Section 1.** The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Ser-

vices a Compensation, which shall not be diminished during their Continuance in Office.

**Section 2.** The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State;—between Citizens of different States;—between Citizens of the same State claiming Lands under the Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

**Section 3.** Treason against the United States, shall consist only in levying War against them, or, in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

## Article IV

**Section 1.** Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

**Section 2.** The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

**Section 3.** New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.



Mr. Robert J. McDearmon
Reg/USM #44489-112
FCI Complex Low-S-B
P.O. Box 26020
Beaumont, TX 77720

CERTIFIED MAIL

7008 1830 0001 7036 7676

44489-112
U S Courthouse
312 N Spring ST
Clerk of the Court
LOS Angeles, CA 90012
United States

SEP 19 2013

CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LEGAL MAIL

7008 1830 0001 7036 7676

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT